STANLEY KIKLICA, an Infant, by JOSEPH KIKLICA, His Guardian ad Litem,

Respondent, v. GEORGE EHRET, Appellant.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.